# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## _Southern_ DISTRICT OF MISSISSIPPI

Debtor: Ralph Thomas, Sr. SSN: XXX-XX-2633
Joint Debtor: Dorothy Thomas SSN: XXX-XX-4319
Address: 504 Pecan Street, Vicksburg, Ms. 39180

CASE NO. 13-02985
Median Income: [✓] Above [ ] Below

THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. <u>The treatment of ALL secured and priority debts must be provided for in this plan.</u>

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).     $805.00

(A) Debtor shall pay $ **1,743** ([ ] monthly, [ ] semi-monthly, [ ] weekly, or [✓] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address: **U.S. Dept of Agriculture, P.O. Box 60000, New Orleans, LA 70160**

(B) Joint Debtor shall pay $ **NA** ([ ] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address: **NA**

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service: $ **13,500 w** at $ **225.00** /month
Mississippi Dept. of Revenue: $ **500 w** at $ **8.33** /month
Other/ **NA** : $ **NA** at $ **NA** /month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: **NA**

POST PETITION OBLIGATION: In the amount of $ **NA** per month beginning **NA** through the plan.
To be paid [ ] direct, [ ] through payroll deduction, or [ ] through the plan.

PRE-PETITION ARREARAGE: In the total amount of $ **NA** through **NA** which shall be paid in the amount of $ **NA** per month beginning **NA**.
To be paid [ ] Direct, [ ] through payroll deduction, or [ ] through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein. **plus Fee**

| Mtg pmts to | Beginning | @ $ | Plan/Direct |
|---|---|---|---|
| SPS | 11-13 | 757 | [✓] Plan [ ] Direct |
|  | Beginning | @ $ | [ ] Plan [ ] Direct |
|  | Beginning | @ $ | [ ] Plan [ ] Direct |

| Mtg arrears to | Through | $ | @ $ | /mo |
|---|---|---|---|---|
| SPS | 10-13 | 1,500 w | 25 w | /mo |
|  | Through | $ | @ $ | /mo |
|  | Through | $ | @ $ | /mo |

Debtor's Initials _R.T._    Joint Debtor's Initials _D.T._    Chapter 13 Plan, Page 1 of **3**

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: _NA_  Approx. amt. due: _____  Int. Rate: _____
Property Address: _____  Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor: _NA_  Approx. amt. due: _____  Int. Rate: _____
Property Address: _____  Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| CPS | 2011 Impala | | 15,700 | 15,700 | 7 | amt owed |
| Crescent Bank | 2008 Avalanche | | 19,000 | 19,000 | 7 | " |
| Republic | per prop | | 1,800 | 500 | 7 | value |
| Vicksburg Credit | per prop | | 684 | 500 | 7 | value |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| NA | | | |
| Redemption Financial Services | 2004 Infinity | 9,000.00 | co-debtor to pay |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| NA | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_NA_

**GENERAL UNSECURED CLAIMS** total approximately $ _7,274.00_ . Such claims must be *timely filed* and not disallowed to receive payment as follows: _X_ IN FULL (100%), ____%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _RT_    Joint Debtor's Initials _RJ_    Chapter 13 Plan, Page 2 of _3_

Total attorney fee charged: $ 3,000 w
Attorney fee previously paid: $ 419 w
Attorney fee to be paid in plan: $ 2,581

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

_____

_____

_____

Telephone/Fax: _____

DATED: 10-30-13  DEBTOR'S SIGNATURE

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE

Attorney for Debtor (Name/Address/Phone/Email)
Robert Rex McRaney, Sr.
P.O. Box 1397
Clinton, MS. 39060
Telephone No. 601-924-5961
Facsimile No. 601-924-1516
Email address _____

*Ralph E. Thomas*
*Dorothy Thomas*
*Robert Rex McRaney, Sr.*

Chapter 13 Plan, Page 3 of 3

Effective: October 1, 2011